UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br>Plaintiff,<br>v.<br>J. VANGILDER, et al.,<br>Defendants. | Case No. 16-cv-01320-MEJ (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; ADDRESSING PENDING MOTIONS**<br><br>Re: Dkt. Nos. 4, 5, 6 |

Plaintiff, a California state prisoner currently incarcerated at Centinela State Prison, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's motion to proceed in forma pauperis is DENIED. Plaintiff submitted a certificate of funds showing that the average balance in his account for each month during the six months preceding the filing of the complaint was $2033.46. Plaintiff is directed to pay the $400.00 filing fee within **thirty days** of the filing date of this order. **Failure to comply will result in dismissal of this case without prejudice.**

Plaintiff's motion to supplement his complaint to clarify mistakes made in his original complaint is DENIED as unnecessary. If plaintiff elects to pay the $400.00 filing fee and proceed with this action, he should file an amended complaint that includes a complete statement of his claims and cures any mistakes.

Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

1   The Clerk of the Court is directed to send plaintiff a blank civil rights form along with his
2 copy of this order.
3   This order terminates Docket Nos. 4, 5, and 6.
4   **IT IS SO ORDERED.**
5 Dated:   July 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge