UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL MANRIQUEZ, | Case No. 16-cv-01320-MEJ (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| J. VANGILDER, et al., | Re: Dkt. No. 12 |
| Defendants. | |

Good cause appearing, plaintiff's motion for an extension of time to file an amended complaint is GRANTED, and the amended complaint filed on September 13, 2016 is deemed timely filed. The Clerk shall separately file the proposed amended complaint (pages 5-47 of Docket No. 12), that was attached to the motion for extension of time.

The Court will instruct plaintiff on service after screening the amended complaint.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: September 20, 2015

MARIA-ELENA JAMES
United States Magistrate Judge