UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br><br>    Plaintiff,<br><br>        v.<br><br>J. VANGILDER, et al.,<br><br>    Defendants. | Case No. 16-cv-00735-HSG (PR)<br><br>**ORDER GRANTING MOTION TO CONSIDER CASES AS RELATED AND CONSOLIDATE CASES; GRANTING MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 21 |

Defendants move this Court to consider whether the four *Vangilder* cases, as set forth below, should be related, and move this Court to consolidate the *Vangilder* cases for all purposes.

The following matters are referred to, collectively with the present matter, *Cisneros v. Vangilder, et al.*, No. C 16-0735 HSG (PR), as the "*Vangilder* cases":

*Falla v. Ducart, et al.*, No. C 16-0869 JST (PR);

*Manriquez v. Vangilder, et al.*, No. C 16-1320 MEJ (PR); and

*Chaidez v. Vangilder, et al.*, No. C 16-1330 NJV (PR)

After full consideration, and good cause appearing, defendants' motion to consider whether the cases should be related and to consolidate is GRANTED.

All of the *Vangilder* cases shall be related, and shall be consolidated for all purposes. The Clerk shall notify the parties to the *Vangilder* cases that the cases are related, shall reassign all later-filed *Vangilder* cases to this Court, and shall notify the parties and the affected judges accordingly.

The parties are instructed that all future filings in any reassigned case are to bear the

initials of the newly assigned judge ("HSG") after the case number.

The dispositive motion briefing schedules currently set in *Cisneros v. Vangilder, et al.*, No. C 16-0735 HSG (PR) and *Chaidez v. Vangilder, et al.*, No. C 16-1330 NJV (PR) are VACATED. The Court will set a new briefing schedule after the operative complaints in *Falla v. Ducart, et al.*, No. C 16-0869 JST (PR) and *Manriquez v. Vangilder, et al.*, No. C 16-1320 MEJ (PR) are screened and served.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated:  September 27, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CISNEROS,

        Plaintiff,

v.

J. VANGILDER, et al.,

        Defendants.

Case No.  16-cv-00735-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Cisneros ID: V-78318
FSP B4-A3-15
P.O. Box 715071
Represa, CA 95671

Dated: September 27, 2016

                          Susan Y. Soong
                          Clerk, United States District Court

                          By:_____
                          Nikki D. Riley, Deputy Clerk to the
                          Honorable HAYWOOD S. GILLIAM, JR.