# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. VANGILDER, J. VASQUEZ, S. CUPP, J. CUSKE, K. OHLAND, D. MELTON,<br><br>Defendants. | Case No. 4:16-cv-01320-HSG<br><br>**ORDER** |

Having considered Plaintiff Daniel Manriquez's Motion to permit his counsel, Brody McBride, to appear telephonically at the CMC hearing in this case, and finding sufficient cause therefor, the Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that Mr. McBride may appear at the CMC hearing telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 11/14/2017

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

1

Manriquez v. Vangilder, et al.
Case No. 4:16-cv-01320-HSG