# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| DANIEL MANRIQUEZ, | Case No. 4:16-cv-01320-HSG |
| Plaintiff, | **ORDER APPROVING STIPULATION TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, J. VANGILDER, J. VASQUEZ, S. CUPP, J. CUSKE, K. OHLAND, | |
| Defendants. | |

Having considered the parties' Stipulation re Second Amended Complaint, (ECF No. 51), and PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Second Amended Complaint, currently filed as an attachment to the Stipulation, be filed as a new and separate docket entry in this case.

Dated:  11/30/2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge