1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  NECULAI GRECEA, State Bar No. 307570
   PREETI K. BAJWA
4  Deputy Attorney General
   State Bar No. 232484
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
6    Telephone: (415) 703-1179
     Fax: (415) 703-5843
7    E-mail: Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants S. Cupp, J. Cuske,*
8  *D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

9  BRITT M. ROBERTS, State Bar No. 284805
   Reed Smith, LLP
10   101 2nd Street, Suite 1800
     San Francisco, CA 94105
11   Telephone: (415) 659-5651
     Fax: (415) 391-8269
12   E-mail: tmoore@reedsmith.com
   *Attorney for Plaintiff Daniel Cisneros*
13
   GERALD SINGLETON, State Bar No. 208783
14 BRODY A.MCBRIDE, State Bar No. 270852
       Singleton Law Firm
15     115 W. Plaza Street
       Solana Beach, CA 92075-1123
16     Telephone: (760) 697-1330
       Fax: (760) 697-1329
17     E-mail: brody@slffirm.com
   *Attorneys for Plaintiff Daniel Manriquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL MANRIQUEZ, Plaintiff, vs. VANGILDER, et al., Defendants. | No.: 4:16-cv-01320-HSG<br><br>**JOINT STIPULATION RE: EXTENSION TO SCHEDULED DATES FOR EXPERT DEPOSITIONS AND ORDER**<br><br>Judge:      Hon. Haywood S. Gilliam Jr.<br>Courtroom:  2<br>Trial Date: Nov. 12, 2018 |
|---|---|

No.: 4:16-cv-01320-HSG

# JOINT STIPULATION

On July 3, 2018, this Court granted Plaintiffs' Daniel Manriquez and Daniel Cisneros ("Plaintiffs") Motion to Amend the Scheduling Order and continued Expert Discovery and all related deadlines by sixty (60) days. *See* ECF 75. Within that Order, the Court advised that pursuant to the July 3, 2018 telephonic conference, the parties will meet and confer for the purpose of proposing mutually agreeable dates for the final pretrial conference and trial, and will submit a stipulation and proposed order to that effect by July 13, 2018. During discussions with the Court concerning the Court's Order, the Court additionally advised that if the parties agreed to new deposition dates of all experts in light of the sixty (60) day continuance to expert discovery, they should advise the Court by Joint Stipulation by July 6, 2018. The parties have reached agreement on new dates for all expert depositions and advise the Court of the following:

It is hereby STIPULATED, by and between the undersigned counsel, that Plaintiffs and Defendants[1] have agreed to move the deposition of Plaintiffs' expert from July 9, 2018 to August 23, 2018; and Defendants' experts from July 12, 2018 to August 28, 2018.

DATED: July 11, 2018

/s/ *PreetiBajwa*
Preeti Bajwa
Deputy Attorney General
*Attorneys for Defendants*
*S. Cupp, J. Cuske, D. Melton,*
*K. Ohland, J. Vangilder,*
*and J. Vasquez*

DATED: July 11, 2018

*/s/ Britt M. Roberts*
Britt M. Roberts
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

DATED: July 11, 2018

*/s/ Brody A. Mcbride*
Brody A. McBride
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

---

[1] Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez ("Defendants").

No.: 4:16-cv-01320-HSG — 1 —

**ORDER**

Upon considering the parties joint stipulation, it is hereby ordered that Plaintiffs' expert's deposition will be re-scheduled from July 9, 2018 to August 23, 2018; and Defendants' experts' depositions will be re-scheduled from July 12, 2018 to August 28, 2018.

**IT IS SO ORDERED.**

**DATED:** July 11, 2018

_____
HON. HAYWOOD S. GILLIAM JR.