UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DANIEL MANRIQUEZ,

Plaintiff,

v.

J. VANGILDER, et al.,

Defendants.

Case No. 16-cv-01320-HSG (RMI)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Daniel Manriquez, CDCR No. K-78581, presently in custody at Centinela State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: December 6, 2018

ROBERT M. ILLMAN
United States Magistrate Judge

TO: Warden, Centinela State Prison

GREETINGS

WE COMMAND that you have and produce the body of Daniel Manriquez, CDCR No. K-78581, in your custody in the hereinabove-mentioned institution, before the United States District Court at 3140 Boeing Avenue in McKinleyville, California at 10:00 a.m. on January 16, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the

matter of Manriquez v. Vangilder, *et al*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this court.

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: December 6, 2018

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
By: Linn Van Meter, Administrative Law Clerk

Dated: December 6, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

