# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. VANGILDER, J. VASQUEZ, S. CUPP, J. CUSKE, K. OHLAND,<br><br>　　　　Defendants. | Case No. 4:16-cv-01320-HSG<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Judge: Judge: Hon. Haywood S. Gillaim, Jr. |

Having considered Plaintiff's Ex Parte Motion for Leave to Appear Telephonically, (ECF No. 131), and finding sufficient cause therefor, Plaintiff's motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that counsel for Plaintiff may appear for the January 24, 2019, further case management conference telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: January 23, 2019

　　　　　　　　　　　　　　　　　　　　　　Hon. Judge: Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge